IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02982-LTB-KLM

GREGORY D. MCCAIN,

     Plaintiff,

v.

KIRK M. TAYLOR, individually, and in
his official capacity as Sheriff of Pueblo County, and
PUEBLO COUNTY SHERIFF'S DEPARTMENT,

     Defendants.
_____

# MINUTE ORDER
_____

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

     This matter is before the Court on a **Joint Motion for Telephone Appearance at Scheduling Conference** [Docket No. 10; Filed March 18, 2010] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference is set for May 3, 2010 at 10:30 a.m. On that date and time, Plaintiff shall initiate a conference call with Defendant and then contact chambers on a single line at (303) 335-2770.

     Dated:  March 19, 2010