**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-02982-LTB-KLM

GREGORY D. MCCAIN,

      Plaintiff,

v.

KIRK M. TAYLOR (individually and in his official capacity as Sheriff of Pueblo County) and
THE PUEBLO COUNTY SHERIFF'S DEPARTMENT,

      Defendants.

_____

**ORDER**
_____

      THIS MATTER having come before the Court on the Stipulated Motion to Dismiss

Kirk M. Taylor With Prejudice (Doc 30 - filed January 27, 2011), and the Court being fully

advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to**

**Defendant Kirk M. Taylor,** Kirk M. Taylor shall be removed from the caption of this suit,

and each party to pay their own fees and costs.

                    BY THE COURT:


                    ___s/Lewis T. Babcock_____
                    Lewis T. Babcock, Judge

DATED:  January 28, 2011