# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 09-cv-02982-LTB-KLM

GREGORY D. MCCAIN,

      Plaintiff,

v.

THE PUEBLO COUNTY SHERIFF'S DEPARTMENT,

      Defendant.

_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 32 - filed January 28, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE**, each party to pay their own fees and costs.

                               BY THE COURT:

                               s/Lewis T. Babcock
                               Lewis T. Babcock, Judge

DATED:   January 31, 2011